**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
(State)

Case number *(if known)*: _____ Chapter 11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

HPC Vineburn, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

4 6 - 2 5 1 0 5 8 5

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 18321 Ventura Blvd., Suite 980 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Tarzana        CA        91356 | |
| City        State        ZIP Code | City        State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 1919 Vineburn Avenue |
| County | Number        Street |
| | Los Angeles        CA        90032 |
| | City        State        ZIP Code |

5. **Debtor's website (URL)**

| Debtor | HPC Vineburn, LLC | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>3</u>  <u>1</u>  <u>1</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                          MM / DD / YYYY

| Debtor | HPC Vineburn, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____    Relationship _____

District _____    When _____

Case number, if known _____    MM / DD / YYYY

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____

_____
City        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    HPC Vineburn, LLC _____    Case number (if known) _____
       Name

| 15. Estimated assets | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/01/2025
          MM / DD / YYYY

X _____    Jeffrey Seltzer
  Signature of authorized representative of debtor    Printed name

Title    Managing Member of Highpoint Vineburn, LLC, itself the Managing Member of HPC Vineburn, LLC

**18. Signature of attorney**

X /s/ Michael B. Reynolds _____    Date    08/01/2025
  Signature of attorney for debtor          MM / DD / YYYY

Michael B. Reynolds
Printed name
Snell & Wilmer L.L.P.
Firm name
600 Anton Blvd., Suite 1400
Number     Street

| Costa Mesa | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

| 714-427-7000 | mreynolds@swlaw.com |
|---|---|
| Contact phone | Email address |

| 174534 | CA |
|---|---|
| Bar number | State |

**Fill in this information to identify the case:**

Debtor name  HPC Vineburn, LLC

United States Bankruptcy Court for the:  Central                District of  California
                                                                                  (State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Edgecomb Law Group LLP 591 Redwood Hwy, Ste 2320 Mill Valley, CA 94941 | Tiffany Hedgpeth 818-861-7618 thedgpeth@edgcomb-law.com | Legal Services | | | | 219,563.77 |
| 2  Kevin Secor Construction 16814 Hiawatha Street Granada Hills, CA 91344 | Kevin Secor 818-426-1305 | Trade | | | | 1,819.61 |
| 3  Davies, Lemmis, Raphaely Law Corp. 23586 Calbasas Rd. Calabasas, CA 91302 | Randel Davies 818-206-0574 rdavies@davieslawcorp.com | Legal services | | | | 750.00 |
| 4  Joseph F. Farivar Investment Group, Inc. 4335 Valley Blvd. Los Angeles, CA 90032 | | Judgment | D | 12,245,108.42 | | TBD |
| 5  Bordan Shoe Company, Inc. 4335 Valley Blvd. Los Angeles, CA 90032 | | Judgment | D | 12,245,108.42 | | TBD |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor  HPC Vineburn, LLC _____     Case number (*if known*) _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name  HPC Vineburn, LLC

United States Bankruptcy Court for the: Central          District of California
                                                                        (State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration          _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/01/2025          **x** _____
             MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                          Jeffrey Seltzer
                                          _____
                                          Printed name

                                          Manager of Highpoint Vineburn,
                                          LLC, manager of Debtor
                                          _____
                                          Position or relationship to debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael B. Reynolds, SBN 174534<br>mreynolds@swlaw.com<br>Andrew B. Still, SBN 312444<br>astill@swlaw.com<br>Allison C. Murray, SBN 329336<br>acmurray@swlaw.com<br>SNELL & WILMER, L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626<br>Telephone:     714.427.7000<br>Facsimile:     714.427.7799<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *[Proposed] Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION

| In re:<br><br>HPC Vineburn, LLC | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1 (a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 5 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  08/01/2025

_____
Signature of Debtor 1
Jeffrey Seltzer, Manager of Highpoint Vineburn, LLC, Manager of Debtor

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

2938 E 54th St Warehousing LLC
1919 Vineburn Ave
Los Angeles, CA 90032


AIG Specialty Insurance Company
120 Sanctuary Parkway Suite 300
Alpharetta, GA 30004


Alliant Insurance Svcs Inc NPB / RE
B of A Lockbox Svcs # 744961
2706 Media Center Drive
Los Angeles, CA 90065-1733


B Alex Property Advisors
5850 Canoga Ave Suite 400
Woodland Hills, CA 91367


Benedetta Nardon
Arnall Golden Gregory Att R Davis
171 17th Street NW Suite 2100
Atlanta, GA 30363


Benedetta Nardon
Att Vincent Davitt-Michael Jones
444 S Flower Street Suite 1850
Los Angeles, CA 90071


Benedetta Nardon
340 Shardon Rd
Arcadia, CA 91007


Bordan Shoe Company
4335 Valley Blvd
Los Angeles, CA 90032

CAL-Pacific Roofing Incorporated
2521 Sky Ranch Lane
Camino, CA 95709


CSC
PO Box # 7410023
Chicago, IL 60674-5023


Davies Raphaely Law Corporation
23586 Calabasas Road Ste 202
Calabasas, CA 91302


Edgecomb Law Group LLP
591 Redwood Highway Ste 2320
Mill Valley, CA 94941


Glaser Weil Fink Howard et al
10250 Constellation Blvd #19
Los Angeles, CA 90067


Goodkin Law Group Att D Goodkin
1900 Avenue of the Stars Suite 1820
Los Angeles, CA 90067


Hazard Management Consulting Inc
211 West Avenida Cordoba Suite 200
San Clemente, CA 92672


Highpoint Property Management Inc
18321 Ventura Blvd Suite 980
Tarzana, CA 913

Gordon Rees Scully Mansukhani LLP
101 West Broadway Suite 2000
San Diego, California 92101


Illinois Union Insurance Co (Chubb)
525 W Monroe Street Suite 400
Chicago, IL 60661


John Hancock Life Insur Co (USA)
Allen Matkins Att Stephen P Lieske
Three Embarcadero Center 12th Floor
San Francisco, CA 94111-4074


John Hancock Life Insur Co (USA)
Attn Real Estate Finance Group
197 Clarendon Street C-2
Boston, MA 02116


John Hancock Life Insur Co (USA)
PO Box 7247-7340
Philadelphia, PA 19170-7340


John Hancock
PO Box 7247-7340
Philadelphia PA 19170-7340


Joseph F Farivar Investment Group
Buchalter Att Steven M Spector
18400 Von Karman 8th Floor
Irvine, CA 92612-0514


Joseph F Farivar Investment Group
Elkins Kalt Weintraub Reuben et al
10345 West Olympic Boulevard
Los Angeles, CA 90064

Joseph Farivar Investment Group Inc
4335 Valley Blvd
Los Angeles, CA 90032


Justin Schnuelle
35 17th Street # 8
Hermosa Beach, CA 90254


Kevin Secor Construction
16814 Hiawatha St
Granada Hills, CA 91344


Los Angeles Regional Water
Quality Control Board
320 4th Street Ste 200
Los Angeles, CA 90013


Marilyn Knoop
Att Vincent Davitt-Michael Jones
444 S Flower Street Suite 1850
Los Angeles, CA 90071


Marilyn Knoop
6241 Morningside Dr
Huntington Beach, CA 92648


Meridian Advisors
formerly Meepos & Company CPAS
409 Washington Blvd
Marina Del Rey, CA 90292-5213


Meruelo Maddux Properties
  1919 Vineburn Street LLC
1318 E 7th St Ste 200
Los Angeles, CA 90021

Meruelo Maddux Properties
 1919 Vineburn Street LLC
2710 Gateway Oaks Dr
Sacramento, CA 95833-3505


Nardon Liquidating Corp
Attn Kenneth LoFrano
13860 N Tan Tara Dr
Sun City, AZ 85351


Nardon Liquidating Corp
Attn Kenneth LoFrano
1919 Vineburn Ave
Los Angeles, CA 90032


Patricia J Minni
531 Peach Way
San Marcos, CA 92069


ReadySpaces
1919 Vineburn Ave
Los Angeles, CA 90032


ReadySpaces
1919 Vineburn Avenue
Los Angeles, CA 90032


Roux Associates
209 Shafter Street
Islandia, NY 11749


Yardi Systems Inc
PO Box 209412
Austin TX 78720-9280