# WRITTEN CONSENT

## OF

## THE SOLE MANAGER

## OF

## HPC VINEBURN, LLC

August 1, 2025

The undersigned, being the sole manager (the "**Manager**") of HPC Vineburn, LLC, a California limited liability company (the "**Company**"), acting by written consent without a meeting, does hereby consent to the adoption of the following resolutions as of the date hereof with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the Manager:

## Filing of Voluntary Bankruptcy Petition

**WHEREAS**, the Manager is familiar with the facts and information relating to, among other things: (i) the Company's operations, assets, liabilities, and liquidity; (ii) the strategic alternatives available to the Company; and (iii) the potential impacts of the foregoing on the Company's businesses.

**WHEREAS**, the Manager, in consultation with the Company's management and other advisors has, among other things, evaluated the business alternatives available to the Company, including, but not limited to: (i) potential equity, debt and other financing, and sale; (ii) out-of-court and in-court options; and (iii) options available under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**WHEREAS**, the Manager has determined that it is desirable and in the best interests of the Company and its creditors, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, the "**Chapter 11 Case**") in a court of proper jurisdiction (the "**Bankruptcy Court**"), and to perform any and all such acts as the Authorized Officers (defined below) deem to be reasonable, advisable, expedient, convenient, proper or necessary to affect the foregoing.

**RESOLVED FURTHER**, that any manager or officer of the Company (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") be, and each of them individually hereby is, acting alone or together, in the name and on behalf of the Company, authorized and empowered to execute and file or cause to be filed on behalf of the Company, a voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code and any and all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, each in such form or forms as the Company's bankruptcy counsel may recommend, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, acting alone or together, authorized on behalf of the Company to execute, deliver, and cause the Company to file all petitions, schedules, motions, lists, applications, pleadings, consents, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, including Snell & Wilmer L.L.P. as general bankruptcy counsel, accountants, financial advisors, and other professionals, and to take any action and perform any and all further deeds as such Authorized Officers deems necessary or appropriate in connection with the Chapter 11 Case, and all such petitions so executed and delivered shall be the valid, binding, and enforceable petitions of the Company.

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take any such other action as in the judgment of the Authorized Officers of the Company shall be or become necessary, proper, and desirable to prosecute to a successful completion of the Chapter 11 Case, and to carry out and put into effect the purposes of the foregoing resolutions, the transactions contemplated by these resolutions and any other matters reasonably related thereto.

## General

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance.

This Written Consent may be executed and delivered by exchange of facsimile or electronic copies showing the signatures of the Manager, and the Manager's signature need not be affixed to the same copy.  The facsimile or electronic copies so signed will constitute originally signed copies of the same Written Consent requiring no further execution.

[SIGNATURE PAGE FOLLOWS]

4929-0421-4873

**IN WITNESS WHEREOF**, the undersigned Manager has duly executed this Written Consent as of the date first written above.

MANAGER

HIGHPOINT VINEBURN, LLC
a California limited liability company

By: _____
Name: Jeffrey Seltzer
Its: Manager

4929-0421-4873

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Michael B. Reynolds, SBN 174534<br>mreynolds@swlaw.com<br>Andrew B. Still, SBN 312444<br>astill@swlaw.com<br>Allison C. Murray, SBN 329336<br>acmurray@swlaw.com<br>SNELL & WILMER L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, California, 92626<br>Telephone:    714.427.7000<br>Facsimile:    714.427.7799 | FOR COURT USE ONLY |
| ☒ *[Proposed] Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>HPC Vineburn, LLC<br><br><br>Debtor(s). | CASE NO.: 1:25-bk-11455-MB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Jeffrey Seltzer_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*
4931-3568-2393
Page 1    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____

    _____

    _____

    [For additional names, attach an addendum to this form.]

  b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: August 21, 2025_____

By: _____
    Signature of Debtor, or attorney for Debtor

    Jeffrey Seltzer, Manager of Highpoint Vineburn
Name: LLC, Manager of Debtor_____
    Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# LIST OF EQUITY SECURITY HOLDERS

AASE Properties Inc
Attn Alon Antebi
19501 Tribune St
Porter Ranch, CA 91326


Abbe A Irshay Sep Prop Tr 07/06/15
Attn Abbe Irshay
4333 Park Terrace Drive Ste 150
Westlake Village, CA 91361


Anschell-Goldman Revocable Family
Attn Jonathan Anschell
9491 Readcrest Drive
Beverly Hills, CA 90210


Brian Stai
4124 W Deerpath Drive
Boise, ID 83714


Bruce Levitt
37 Baby Point Road
Toronto ON, M6S2G2, Canada


CAS Equity 1 LLC
Attn Cory Stehr
1226 South Pressa Street #105
San Antonio, TX 78210


David-Lydia Burstein 2007 Liv Tr
Attn Dave Burnstein
432 33rd Street
Manhattan Beach, CA 90266

Dishell Family Trust
Attn Jon Dishell
3989 Weslin Avenue
Sherman Oaks, CA 91423


Eugene Zarutsky-Ekatherina Zarutsky
Attn Gene Zarutsky
11600 Terryhill Place
Los Angeles, CA 90210


Eumon Trust Luciano Catoni Trustee
Attn Luciano Catoni
Viale Liegi 52
Roma, RM 00198


Fishman Family Trust
Attn Steve Fishman
16830 Ventura Blvd Suite 400
Encino, CA 91436


CarGar4 LLC
Attn Gary Lazar
5342 Aldea Ave
Encino, CA 91316


Gary M Tenzer Living Trust
Attn Gary Tenzer
1918 Westridge Terrace
Los Angeles, CA 90049


Gary Reisman
15460 Huston Street
Sherman Oaks, CA 91403


Highpoint Vineburn LLC
Attn Jeffrey Seltzer
18321 Ventura Boulevard Suite 980
Tarzana, CA 91356

JDS Equities LLC
Attn Jeffrey Seltzer
18321 Ventura Boulevard Suite 980
Tarzana, CA 91356


Jerome A Fink
1511 Kings Road
Newport Beach, CA 92663


Judith Koploy Revoc Living Trust
Attn Jon Dishell
6550 Castle Drive
Bloomfield Hills, MI 48301


Juju Bears Properties LP
Attn Jon Dishell
3989 Weslin Avenue
Sherman Oaks, CA 91423


Larry Weintraub
5731 Briarcliff Road
Los Angeles, CA 90068


Leslie Ann Halpern
Attn Brian Halpern
552 N Greencraig Road
Los Angeles, CA 90049


Lina Hu
1620 The Strand
Manhattan Beach, CA 90266


Michael I Weinper 2003 Revoc Trust
Attn Michael Weinper
2937 Morvale Dr
Thousand Oaks, CA 91361

Michael Kleinbrodt
18855 Memo Court
Northridge, CA 91326


Michel Cohen
2037 Via Ladeta
La Jolla, CA 92037


Samuel Adlerstein-Chana Adlerstein
Attn Sam Adlerstein
248 S Detroit Street
Los Angeles, CA 90036


Sharf Family Trust u/d/t 4/13/10
Attn Jessee Sharf
468 21st Street
Santa Monica, CA 90402


Steve and Dina Reisman
Attn Steve Reisman
23450 Collins Street
Woodland Hills, CA 91367


The August Fam Trust dtd 1/19/2011
Attn Todd August
5739 Ridgebrook Drive
Agoura Hills, CA 91301


The Hill Fam Trust vdt 08/30/2004
Attn Rodney Hill
78119 Elenbrook Court
Palm Desert, CA 92211


The J&B Cherney Trust u/d/t 9/20/10
Attn Ben Cherney
12157 Laurel Terrace Dr
Studio City, CA 91604

The Kleinbrodt Rev Tr dtd 10/30/15
Attn Benjamin Kleinbrodt
16534 Greenleaf St
Encino, CA 91436


The Kleinbrodt Trust dated 02/27/18
Attn David Kleinbrodt
10001 Nita Ave
Chatsworth, CA 91311


Trevor Sterry
PO Box 1725
Venice, CA 90291


True Blue LLC
Attn Henry Rothberg
94 North Beach Rd
Hobe Sound, FL 33455

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
     against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
     copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
     corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
     and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
     assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
     included in Schedule A/B that was filed with any such prior proceeding(s).)
     N/A

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
     Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
     debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
     debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
     complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
     and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
     any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
     previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
     of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
     of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
     or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
     such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
     still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule
     A/B that was filed with any such prior proceeding(s).)
     N/A

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
     been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such
     prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
     pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B
     that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles_____, California

                                                         _____
                                                         Signature of Debtor 1
                                                         Jeffrey Seltzer, Manager of Highpoint Vineburn,
                                                         LLC, Manager of Debtor
Date: 08/01/2025_____
                                                         _____
                                                         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

---

**Fill in this information to identify the case:**

Debtor name __HPC Vineburn, LLC__

United States Bankruptcy Court for the: __Central__ _____ District of __California__
                                                                            (State)

Case number (If known): __1:25-bk-11455-MB__

---

☐ Check if this is an
  amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

---

**Part 1:** **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................    $ __14,000,000.00__

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ...........................................................    $ __337,588.39__

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................    $ __14,337,588.39__

---

**Part 2:** **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........................    $ __19,797,713.43__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................    $ __0.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................    **+** $ __12,817,572.08__

4. **Total liabilities** ......................................................................................    $ __32,615,285.51__
   Lines 2 + 3a + 3b

---

| Fill in this information to identify the case: |
|---|

Debtor name   HPC Vineburn, LLC

United States Bankruptcy Court for the: _____ Central _____ District of _California_
                                                                        (State)

Case number (If known):   1:25-bk-11455-MB

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. 1st Century Bank | Savings | 8010 | $ 2,228.74 |
| 3.2. | | | $ _____ |

4. **Other cash equivalents** (*Identify all*)

   4.1. Uncashed check                                                                          $ 109,963.47
   4.2. _____                                                              $ _____

5. **Total of Part 1**                                                                          $ 112,192.21
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____                   $ _____
   7.2. _____                   $ _____

| Debtor | HPC Vineburn, LLC | Case number *(if known)* 1:25-bk-11455-MB |
|---|---|---|
| | Name | |

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. _____    $ _____

    8.2. _____    $ _____

**9. Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.            $ _____

---

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                        **Current value of debtor's interest**

**11. Accounts receivable**

    11a. 90 days old or less: _____ – _____ =.......➔   $ _____
                              face amount       doubtful or uncollectible accounts

    11b. Over 90 days old:    225,396.18    –    0.00    =.......➔   $   225,396.18
                              face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $   225,396.18

---

**Part 4:  Investments**

**13. Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                        % of ownership:

    15.1. _____ _____%    _____    $ _____

    15.2. _____ _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

**17. Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.      $ _____

---

Debtor    HPC Vineburn, LLC
Name                                                                      Case number (if known)   1:25-bk-11455-MB

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $ _____ | | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $ _____ | | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $ _____ | | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $ _____ | | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | | $ _____ |

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 3

Debtor    HPC Vineburn, LLC
      Name

Case number *(if known)*    1:25-bk-11455-MB

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    HPC Vineburn, LLC
Name

Case number (if known)    1:25-bk-11455-MB

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    HPC Vineburn, LLC
_____
Name

Case number (if known)    1:25-bk-11455-MB

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1919 Vineburn Avenue, Los Angeles, CA 90032 APN: 5215-014-005 and -006 Commerical Warehouse Bldg | Fee - 100% | $ _____ | Appraisal and Remediation Estimate | $ 14,000,000.00 |
| 55.2 _____ | _____ | $ _____ | | $ _____ |
| 55.3 _____ | _____ | $ _____ | | $ _____ |
| 55.4 _____ | _____ | $ _____ | | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 14,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☒ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor    HPC Vineburn, LLC
_____    Case number (if known) 1:25-bk-11455-MB
Name

67. **Do your lists or records include personally indentifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____    _____  –  _____ = ➔  $ _____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____    Tax year _____    $ _____
_____    Tax year _____    $ _____
_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**
Property/Environmental/Pollution policies    $ ____TBD____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Malpractice Claims and Insurance Claims    $ ____TBD____
Nature of claim    Claims, unfiled lawsuits
Amount requested    $ ____TBD____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    $ _____
Nature of claim    _____
Amount requested    $ _____

76. **Trusts, equitable or future interests in property**
    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    $ _____
    $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90    $ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    HPC Vineburn, LLC
_____
Name

Case number (if known) 1:25-bk-11455-MB

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 112,192.21 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 225,396.18 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9............................................➜ | | $ 14,000,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ TBD | |
| 91. **Total.** Add lines 80 through 90 for each column..........................91a. | $ 337,588.39 | + 91b. $ 14,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... | 14,337,588.39 |

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 8

**Fill in this information to identify the case:**

Debtor name   HPC Vineburn, LLC

United States Bankruptcy Court for the:   Central   District of   California
                                                              (State)

Case number (If known):   1:25-bk-11455-MB

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
John Hancock Life Insurance Company (U.S.A.)

**Creditor's mailing address**
197 Clarendon Street, C-2
Boston, Massachusetts 02116

**Creditor's email address, if known**

**Date debt was incurred**   July 2018
**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
   John Hancock - first
   Nos. 2.2 and 2.3 - junior

**Describe debtor's property that is subject to a lien**
1919 Vineburn Avenue
Los Angeles, California 90032

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 7,552,605.01    Column B: $ 14,000,000.00

**2.2**

**Creditor's name**
Joseph F. Farivar Invest. Group Inc.

**Creditor's mailing address**
4335 Valley Blvd.
Los Angeles, CA 90032

**Creditor's email address, if known**

**Date debt was incurred**   Nov. 2024
**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
1919 Vineburn Avenue
Los Angeles, California 90032

**Describe the lien**
Execution lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 12,245,108.42    Column B: $ 14,000,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 19,797,713.43

Debtor    HPC Vineburn, LLC
         Name

Case number (if known)    1:25-bk-11455-MB

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2. 3** Creditor's name

Bordan Shoe Company Inc.

Creditor's mailing address

4335 Valley Blvd.

Los Angeles, CA 90032

Creditor's email address, if known

_____

Date debt was incurred    Nov. 2024

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____
  _____

  ☒ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien

1919 Vineburn Avenue

Los Angeles, California 90032

$ 12,245,108.42    $ 14,000,000.00

Describe the lien

Execution lien (duplicative of 2.2)

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2. __** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____

$ _____    $ _____

Describe the lien

_____

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | HPC Vineburn, LLC | Case number (if known) 1:25-bk-11455-MB |
|---|---|---|
| | Name | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Allen Matkins, Attn: Stephen P. Lieske<br>Three Emarcadero Center 12th Floor<br>San Francisco, CA 94111-4074 | Line 2. 1 | __ __ __ __ |
| Buchalter, Attn: Steven M. Spector<br>18400 Von Karman 8th Floor<br>Irvine, CA 92612-0514 | Line 2. 2-3 | __ __ __ __ |
| Elkins Kalt Weintraub Reuben<br>10345 West Olympic Blvd.<br>Los Angeles, CA 90064 | Line 2. 2-3 | __ __ __ __ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor | HPC Vineburn, LLC | |
| United States Bankruptcy Court for the: | Central District of | California (State) |
| Case number (If known) | 1:25-bk-11455-MB | |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/*B*) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ Unknown | $ Unknown |
|---|---|---|
| CA Franchise Tax Board | *Check all that apply.* | |
| Attn: Bankruptcy BE MS A345 | ☐ Contingent | |
| PO Box 2952, Sacramento, CA 95812 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | FOR NOTICE PURPOSES ONLY | |
| **Last 4 digits of account** | | |
| number  __ __ __ __ | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured** | ☐ Yes | |
| **claim:** 11 U.S.C. § 507(a) (_____) | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ Unknown | $ Unknown |
|---|---|---|
| Internal Revenue Service | *Check all that apply.* | |
| PO Box 7346 | ☐ Contingent | |
| Philadelphia, PA 19101-7346 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | FOR NOTICE PURPOSES ONLY | |
| **Last 4 digits of account** | | |
| number  __ __ __ __ | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured** | ☐ Yes | |
| **claim:** 11 U.S.C. § 507(a) (_____) | | |

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ Unknown | $ Unknown |
|---|---|---|
| Los Angeles County Tax Collector | *Check all that apply.* | |
| PO Box 54110 | ☐ Contingent | |
| Los Angeles, CA 90054-0110 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| | FOR NOTICE PURPOSES ONLY | |
| **Last 4 digits of account** | | |
| number  __ __ __ __ | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured** | ☐ Yes | |
| **claim:** 11 U.S.C. § 507(a) (_____) | | |

Debtor HPC Vineburn, LLC
_____
Name

Case number *(if known)* 1:25-bk-11455-MB

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
2938 E 54th Street Warehousing,LLC

1919 Vineburn Avenue
Los Angeles, CA 90032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

**Is the claim subject to offset?**
☐ No
☒ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 177,792.00

---

**3.2**

**Nonpriority creditor's name and mailing address**
Alliant Insurance Service, Inc.

Lockbox 744961
2706 Media Center Dr., Los Angeles, CA 90065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 0.00

---

**3.3**

**Nonpriority creditor's name and mailing address**
B Alex Property Advisors

5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 0.00

---

**3.4**

**Nonpriority creditor's name and mailing address**
Bordan Shoe Company

4335 Valley Blvd.
Los Angeles, CA 90032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Judgment

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** Nov. 2024
**Last 4 digits of account number** ___ ___ ___ ___

$ 12,245,108.42

---

**3.5**

**Nonpriority creditor's name and mailing address**
CAL - Pacific Roofing Inc.

2521 Sky Ranch Lane
Camino, CA 95709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 0.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
CSC
PO Box 7410023
Chicago, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

$ 0.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **HPC Vineburn, LLC** _____  Case number _(if known)_ 1:25-bk-11455-MB
        Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **750.00**

Davies, Lemmis, Raphaely Law Corp.

23586 Calabasas Road
Calabasas, CA 91302

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **219,563.77**

Edgecomb Law Group LLP

591 Redwood Hwy, Ste 2320
Mill Valley, CA 94941

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **65,000.00**

Glaser Weil Fink Howard Jordan & Shapiro LLP

10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00**

Hazard Management Consulting, Inc.

211 West Avenida Cordoba, Suite 200
San Clemente, CA 92672

_Check all that apply._
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **107,538.28**

Highpoint Property Management, Inc.

18321 Ventura Blvd., Suite 980
Tarzana, CA 91356

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Property Mngmt.

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

page 3 of 6

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | HPC Vineburn, LLC | Case number (if known) | 1:25-bk-11455-MB |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.12
**Nonpriority creditor's name and mailing address**

Joseph F. Farivar Investment Group Inc.

4335 Valley Blvd.
Los Angeles, CA 90032

**As of the petition filing date, the claim is:**    $ 12,245,108.42
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Judgment
**Basis for the claim:** (duplicative of 3.4)

**Date or dates debt was incurred** Nov. 2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

### 3.13
**Nonpriority creditor's name and mailing address**

Justin Schnuelle

35 17th Street #8
Hermosa Beach, CA 90254

**As of the petition filing date, the claim is:**    $ 0.00
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade

**Date or dates debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.14
**Nonpriority creditor's name and mailing address**

Kevin Secor Construction

16814 Hiawatha Street
Granada Hills, CA 91344

**As of the petition filing date, the claim is:**    $ 1,819.61
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade

**Date or dates debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.15
**Nonpriority creditor's name and mailing address**

Meridian Advisors

409 Washington Blvd.
Marina Del Rey, CA 90292

**As of the petition filing date, the claim is:**    $ 0.00
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade

**Date or dates debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.16
**Nonpriority creditor's name and mailing address**

Yardi Systems, Inc.

PO Box 209412
Austin, TX 78720

**As of the petition filing date, the claim is:**    $ 0.00
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade

**Date or dates debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor | HPC Vineburn, LLC | Case number *(if known)* 1:25-bk-11455-MB |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Buchalter, Attn: Steven M. Spector<br>18400 Von Karman 8th Floor<br>Irvine, CA 92612-0514 | Line 3.4, 12<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. Elkins Kalt Weintraub Reuben<br>10345 West Olympic Blvd.<br>Los Angeles, CA 90064 | Line 3.4, 12<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____ | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   HPC Vineburn, LLC
_____    Case number *(if known)* 1:25-bk-11455-MB
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 12,817,572.08 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $ | 12,817,572.08 |

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name __HPC Vineburn, LLC__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): __1:25-bk-11455-MB__      Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Lease of 1919 Vineburn Avenue Property | 2938 E 54TH ST WAREHOUSING LLC dba ReadySpaces (Lessee) |
| | | Debtor (Lessor) | 1919 Vineburn Ave |
| | State the term remaining | | Los Angeles CA 90032 |
| | List the contract number of any government contract | 7 years (Expires Dec 2032) | |
| | | N/A | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___HPC Vineburn, LLC___

United States Bankruptcy Court for the: ___Central___ District of ___California___
                                                                        (State)

Case number (If known): ___1:25-bk-11455-MB___

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Meruelo Maddux Properties - 1919 Vineburn Street LLC | 2710 Gateway Oaks Dr.<br>Street<br><br>Sacramento    CA    95833<br>City    State    ZIP Code | Joseph F. Farivar Invest. Group Inc. and Bordan Shoe Company Inc. | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street<br><br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

page 1 of 1

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  **HPC Vineburn, LLC**

United States Bankruptcy Court for the: **Central**                    District of **California**

Case number *(if known)*: **1:25-bk-11455-MB**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration     **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/21/2025**
              MM / DD / YYYY

☒ _____
Signature of individual signing on behalf of debtor

**Jeffrey Seltzer**
Printed name

Manager of Highpoint Vineburn, LLC,
manager of Debtor
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __HPC Vineburn, LLC__

United States Bankruptcy Court for the: __Central__ District of __California__
                                                      (State)

Case number (If known): __1:25-bk-11455-MB__

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 717,459.25 |
| **For prior year:** | From 01/01/2024 to 12/31/2024<br>MM / DD / YYYY     MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,272,599.43 |
| **For the year before that:** | From 01/01/2023 to 12/31/2023<br>MM / DD / YYYY     MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,087,484.68 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | _____ | $ _____ |

| Debtor | HPC Vineburn, LLC | Case number *(if known)* | 1:25-bk-11455-MB |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Joseph F. Farivar Invest. Group Inc. / Bordan Shoe Company Inc. <br> *Creditor's name* <br><br> *Street* <br> 4335 Valley Blvd. <br> Los Angeles    CA    90032 <br> *City    State    ZIP Code* | 7/9/25 <br><br> 7/9/25 | $ 586,973.35 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  Bank garnishment |
| 3.2. | Joseph F. Farivar Invest. Group Inc. / Bordan Shoe Company Inc. <br> *Creditor's name* <br><br> *Street* <br> 4335 Valley Blvd. <br> Los Angeles    CA    90032 <br> *City    State    ZIP Code* | 8/1/25 | $ 99,912.47 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☒ Other  Assignment Order |

☒ See Attachment 2.3

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Highpoint Property Management, Inc. <br> *Insider's name* <br> 18321 Ventura Blvd., Ste 980 <br> *Street* <br><br> Tarzana    CA    91356 <br> *City    State    ZIP Code* <br><br> **Relationship to debtor** <br> Property manager/affiliate | See Attachment 13.30 | $ 119,980.57 | Property management services |
| 4.2. | *Insider's name* <br><br> *Street* <br><br> *City    State    ZIP Code* <br><br> **Relationship to debtor** | | $ | |

Debtor    HPC Vineburn, LLC                                         Case number (if known) 1:25-bk-11455-MB
          _____                                               _____
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City                    State        ZIP Code | | | |
| 5.2. | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City                    State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City                    State        ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Joseph F. Favriar Inv. Group, Inc. et al v. HPC Vineburn, LLC, et al. | Environmental Tort Litigation | Superior Court of California, County of Los Angeles<br>Name<br>Stanley Mosk Courthouse<br>Street<br>111 N. Hill Street | ☐ Pending<br>☒ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 23STCV00319 (Superior Court); B343432 (Appeal) | | Los Angeles    California    90012<br>City              State        ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City              State        ZIP Code | |

| Debtor | HPC Vineburn, LLC | Case number (if known) | 1:25-bk-11455-MB |
|---|---|---|---|
| | Name | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | | Street |
| City          State          ZIP Code | Case number | |
| | Date of order or assignment | City          State          ZIP Code |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | | | | $ |
| | Recipient's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| 9.2. | | | | $ |
| | Recipient's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

---

Debtor  HPC Vineburn, LLC
_____
Name

Case number (if known)  1:25-bk-11455-MB
_____

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Snell & Wilmer L.L.P. | Legal Retainer | July 31, 2025 | $ 150,000.00 |
| | **Address** | | | |
| | 600 Anton Boulevard<br>Street<br>Suite 1400 | | | |
| | Costa Mesa     California   92626<br>City          State    ZIP Code | | | |
| | **Email or website address**<br>www.swlaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Illinois Union Insurance Company | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor   HPC Vineburn, LLC                                            Case number (if known) 1:25-bk-11455-MB
         _____                                    _____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ _____ | _____ | $ _____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____ To _____ |
| | _____ | | |
| | _____ City    State    ZIP Code | | |
| 14.2. | _____ Street | From _____ To _____ |
| | _____ | | |
| | _____ City    State    ZIP Code | | |

Debtor   HPC Vineburn, LLC                                                   Case number (if known) 1:25-bk-11455-MB
         _____                                                            _____
         Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | | | |
| | Facility name | | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | Street | | |
| | | | Check all that apply: |
| | | | ☐ Electronically |
| | City     State     ZIP Code | | ☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | | | |
| | Facility name | | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | Street | | |
| | | | Check all that apply: |
| | | | ☐ Electronically |
| | City     State     ZIP Code | | ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    HPC Vineburn, LLC                                     Case number (if known) 1:25-bk-11455-MB
_____Name_____

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Preferred Bank <br> Name <br> 601 S. Figueroa St., 47th Fl. <br> Street <br> Los Angeles   CA   90017 <br> City    State    ZIP Code | XXXX– 3 4 1 1 | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | Feb. 2025 | $ 49,734.36 |
| 18.2. Preferred Bank <br> Name <br> 601 S. Figueroa St., 47th Fl. <br> Street <br> Los Angeles   CA   90017 <br> City    State    ZIP Code | XXXX– 7 1 8 4 | ☐ Checking <br> ☒ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | Feb. 2025 | $ 0.01 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name <br><br> Street <br><br> City    State    ZIP Code | <br><br> Address | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name <br><br> Street <br><br> City    State    ZIP Code | <br><br> Address | | ☐ No <br> ☐ Yes |

| Debtor | HPC Vineburn, LLC | Case number (if known) | 1:25-bk-11455-MB |
|---|---|---|---|
| | Name | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 2938 E 54th Street Warehousing,LLC | Seized by judgment creditors | Tenant security property | $ 177,792.00 |
| Name | | | |
| 1919 Vineburn Avenue | | (not including any amount for setoff) | |
| Street | | | |
| Los Angeles    CA    90032 | | | |
| City        State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☒ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Joseph F. Favriar Inv. Group, Inc. et al v. HPC Vineburn, LLC, et al. | Superior Court of California, County of Los Angeles | Environmental Tort Litigation | ☐ Pending ☒ On appeal ☐ Concluded |
| **Case number** | Name | | |
| 23STCV00319; B343432 | Stanley Mosk Courthouse | | |
| | Street | | |
| | 111 N. Hill Street | | |
| | Los Angeles    CA    90012 | | |
| | City        State    ZIP Code | | |

☒ Continued on Attachment 12.22.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

| Debtor | HPC Vineburn, LLC | Case number (if known) | 1:25-bk-11455-MB |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | From _____   To _____ |
| | City          State          ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | From _____   To _____ |
| | City          State          ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | From _____   To _____ |
| | City          State          ZIP Code | | |

---

| Debtor | HPC Vineburn, LLC | Case number (if known) | 1:25-bk-11455-MB |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Aaron Gitnick, CPA, MST<br>Name<br>Meridian Advisors<br>Street<br>409 Washington Blvd.<br>Marina del Rey        CA        90292<br>City        State        ZIP Code | From 2016    To Present |

| Name and address | Dates of service |
|---|---|
| **26a.2.** _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Aaron Gitnick, CPA, MST<br>Name<br>Meridian Advisors<br>Street<br>409 Washington Blvd.<br>Marina del Rey        CA        90292<br>City        State        ZIP Code | From 2016    To Present |

| Name and address | Dates of service |
|---|---|
| **26b.2.** Jeffrey Seltzer<br>Name<br>Highpoint Property Management, Inc.<br>Street<br>18321 Ventura Blvd., Ste 980<br>Tarzana        CA        91356<br>City        State        ZIP Code | From 2013    To Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Aaron Gitnick, CPA, MST<br>Name<br>Meridian Advisors<br>Street<br>409 Washington Blvd.<br>Marina del Rey        CA        90292<br>City        State        ZIP Code | _____<br>_____<br>_____ |

Debtor    HPC Vineburn, LLC
_____    Case number *(if known)* 1:25-bk-11455-MB
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Jeffrey Seltzer<br>Name<br>Highpoint Property Management, Inc.<br>Street<br>18321 Ventura Blvd., Ste 980<br>Tarzana        CA        91356<br>City        State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. John Hancock Life Insurance Company (U.S.A.)<br>Name<br><br>Street<br>197 Clarendon Street, C-2<br>Boston        MA        02116<br>City        State        ZIP Code |

| Name and address |
|---|
| 26d.2. <br>Name<br><br>Street<br><br>City        State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. <br>Name<br><br>Street<br><br>City        State        ZIP Code |

Debtor    HPC Vineburn, LLC _____    Case number (*if known*) 1:25-bk-11455-MB
_____ Name _____

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

_____
Street

_____
City                                State                ZIP Code

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Highpoint Vineburn LLC | 18321 Ventura Blvd., Ste 980 Tarzana, CA 91356 | Manager | 33.16265 |
| Jeffrey Seltzer | 18321 Ventura Blvd., Ste 980 Tarzana, CA 91356 | Manager of Highpoint Vineburn LLC | N/A |
| | | | |
| | | | |
| | | | |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Highpoint Property Management, Inc. Name 18321 Ventura Blvd., Ste 980 Street Tarzana         CA         91356 City          State         ZIP Code Relationship to debtor Property manager/affiliate | $119,980.57 | See Attachment 13.30 _____ _____ _____ | Property Management |

Debtor    HPC Vineburn, LLC                                    Case number (if known) 1:25-bk-11455-MB
_____
Name

| Name and address of recipient | $4,948.08 | See attached | FTB reimbursement |
|---|---|---|---|

30.2

Highpoint Vineburn, LLC
_____    _____
Name
18321 Ventura Blvd., Ste 980
_____    _____
Street

Tarzana              CA        91356
_____    _____
City                State    ZIP Code

Relationship to debtor                          _____
Manager/member

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/21/2025
              _____
              MM / DD / YYYY

✘ _____          Printed name  Jeffrey Seltzer
Signature of individual signing on behalf of the debtor

                              Manager of Highpoint Vineburn, LLC,
Position or relationship to debtor  manager of Debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

Debtor:        HPC Vineburn, LLC
Case No.:      1:25-bk-11455-MB

# Statement of Financial Affairs

## Attachment 2.3

| No. | Creditor's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|-----|------------------------------|-------|-----------------------|--------------------------------|
| 3.3 | John Hancock<br>197 Clarendon Street, C-2<br>Boston, MA 02116 | 5/1/2025<br>6/2/2025<br>7/1/2025<br>8/1/2025 | $177,915.96 | Secured debt |
| 3.4 | Eumon Trust<br>Viale Liegi 52<br>Roma, RM 00198 | 5/7/2025 | $74,111.15 | Prior investor distribution |

Debtor:        HPC Vineburn, LLC
Case No.:      1:25-bk-11455-MB

## Statement of Financial Affairs

## Attachment 12.22

Administrative Orders

| Title | Agency | Nature of Action | Status |
|---|---|---|---|
| Investigative Order No. R4-201-0341<br><br>California Water Code Section 13267 Order to Provide a Technical or Monitoring Report;<br><br>Response to the Questionnaire for Information on Hazardous Materials and Waste Uses or Storage<br><br>Directed to HPC Vineburn, LLC<br><br>1919 Vineburn Avenue, Los Angeles, California 90032-3704<br><br>Case No. 1390<br><br>On<br>November 15, 2016 | Los Angeles Regional Water Quality Control Board<br><br>320 West 4th Street, Suite 200, Los Angeles, CA 90013 | Requirement to complete a questionnaire regarding historical facility operations and chemical use and storage, and waste treatment methods and/or disposal | Concluded |
| Investigative Order No. R4-2018-0150<br><br>California Water Code Section 13267 Order to Provide a Technical Report; | Los Angeles Regional Water Quality Control Board<br><br>320 West 4th Street, Suite 200, Los Angeles, CA 90013 | Requirement to investigate 1,4-Dioxane and other hazardous substances in soil, soil vapor, and groundwater at and | Pending |

1

Statement of Financial Affairs
Attachment 12.22
4898-2577-0081

- 16 -

| Title | Agency | Nature of Action | Status |
|---|---|---|---|
| Directed to HPC Vineburn, LLC<br><br>Former Nardon Manufacturing Corporation Facility, 1919 Vineburn Avenue, Los Angeles, California 90032-3704<br><br>Case No. 1390<br><br>On<br>November 18, 2018<br><br>(Amended September 27, 2023) | | migrating from 1919 Vineburn Avenue, Los Angeles, CA 90032-3704 | |

2

Statement of Financial Affairs
Attachment 12.22
4898-2577-0081

Debtor:        HPC Vineburn, LLC
Case No.:      1:25-bk-11455-MB

## Statement of Financial Affairs

## Attachment 13.30

| Payee Name | Invoice # | Invoice Date | Period | Amount | Check # | Check Date | Notes |
|---|---|---|---|---|---|---|---|
| Highpoint Property Management, Inc | 1003-12.24-YE PM | 12/31/2024 | 12-2024 | 227.77 | 1002 | 1/29/2025 | 2024 YE Property Management Fees true-up |
| Highpoint Property Management, Inc | 1003-12.24-YE AM | 12/31/2024 | 12-2024 | 146.52 | 1003 | 1/29/2025 | 2024 YE Asset Management Fee true-up |
| Highpoint Property Management, Inc | 1003-02.25-PM | 2/1/2025 | 02-2025 | 2,849.13 | 1005 | 2/10/2025 | 02/25 Property Management Fees |
| Highpoint Property Management, Inc | 1003-02.25-AM | 2/1/2025 | 02-2025 | 3,381.67 | 1006 | 2/10/2025 | 02/25 Asset Management Fees |
| Highpoint Property Management, Inc | 1003-02.25_ADMIN | 2/1/2025 | 02-2025 | 440.00 | 1007 | 2/10/2025 | 02/25 Admin Fee |
| Highpoint Property Management, Inc | 1003-03.25_ADMIN | 3/1/2025 | 03-2025 | 440.00 | 1015 | 3/14/2025 | 03/25 Admin Fee |
| Highpoint Property Management, Inc | 1003-03.25-PM | 3/1/2025 | 03-2025 | 2,849.13 | 1016 | 3/14/2025 | 03/25 Property Management Fees |
| Highpoint Property Management, Inc | 1003-03.25-AM | 3/1/2025 | 03-2025 | 3,381.67 | 1017 | 3/14/2025 | 03/25 Asset Management Fees |
| Highpoint Property Management, Inc | 202402 | 2/28/2025 | 02-2025 | 2,289.78 | 1019 | 3/25/2025 | Alliant Insurance Allocation - 2025 |
| Highpoint Property Management, Inc | 1003 - Avid Allocation - 2024 - higproma | 3/13/2025 | 03-2025 | 3,466.13 | 1020 | 3/25/2025 | Avid Allocation - 2024 |
| Highpoint Property Management, Inc | 1003-04.25-PM | 4/1/2025 | 04-2025 | 2,849.13 | 1024 | 4/11/2025 | 04/25 Property Management Fees |
| Highpoint Property Management, Inc | 1003-04.25-AM | 4/1/2025 | 04-2025 | 3,381.67 | 1024 | 4/11/2025 | 04/25 Asset Management Fees |
| Highpoint Property Management, Inc | 1003-04.25_ADMIN | 4/1/2025 | 04-2025 | 440.00 | 1024 | 4/11/2025 | 04/25 Admin Fee |
| Highpoint Property Management, Inc | 1003-05.25-PM | 5/1/2025 | 05-2025 | 2,849.13 | 1026 | 5/1/2025 | 05/25 Property Management Fees |
| Highpoint Property Management, Inc | 1003-05.25-AM | 5/1/2025 | 05-2025 | 3,381.67 | 1026 | 5/1/2025 | 05/25 Asset Management Fees |
| Highpoint Property Management, Inc | 1003-05.25_ADMIN | 5/1/2025 | 05-2025 | 440.00 | 1026 | 5/1/2025 | 05/25 Admin Fee |
| Highpoint Property Management, Inc | 1003 - Yardi Allocation - 2025 - higproma | 4/1/2025 | 04-2025 | 1,375.92 | 1031 | 5/27/2025 | Yardi Allocation - 2025 |
| Highpoint Property Management, Inc | 1003-06.25-PM | 6/1/2025 | 06-2025 | 2,897.37 | 1032 | 6/3/2025 | 06/25 Property Management Fees |
| Highpoint Property Management, Inc | 1003-06.25-AM | 6/1/2025 | 06-2025 | 3,436.99 | 1032 | 6/3/2025 | 06/25 Asset Management Fees |
| Highpoint Property Management, Inc | 1003-06.25_ADMIN | 6/1/2025 | 06-2025 | 440.00 | 1032 | 6/3/2025 | 06/25 Admin Fee |
| Highpoint Property Management, Inc | 1003-08.24-PM | 8/1/2024 | 08-2024 | 2,776.19 | 10347 | 8/14/2024 | Property Management Fees |
| Highpoint Property Management, Inc | 1003-08.24-PM | 8/1/2024 | 08-2024 | 3,298.03 | 10347 | 8/14/2024 | Asset Management Fees |
| Highpoint Property Management, Inc | 1003-09.24-PM | 9/1/2024 | 09-2024 | 2,776.19 | 10348 | 9/10/2024 | Property Management Fees |
| Highpoint Property Management, Inc | 1003-09.24-PM | 9/1/2024 | 09-2024 | 3,298.03 | 10348 | 9/10/2024 | Asset Management Fees |
| Highpoint Property Management, Inc | 1619-OS | 8/26/2024 | 08-2024 | 2,220.00 | 10351 | 9/12/2024 | OSF for Roof Repairs Required per Lease |
| Highpoint Property Management, Inc | Voyager Software 2024 Inv 4415750_1003 | 9/1/2024 | 09-2024 | 1,216.77 | 10353 | 9/19/2024 | Voyager Software 2024 Inv 4415750 |
| Highpoint Property Management, Inc | 1003-08.24-ADMIN | 8/1/2024 | 08-2024 | 305.00 | 10354 | 9/26/2024 | 08/24 Admin Fee |
| Highpoint Property Management, Inc | 1003-09.24-ADMIN | 9/1/2024 | 09-2024 | 305.00 | 10354 | 9/26/2024 | 09/24 Admin Fee |
| Highpoint Property Management, Inc | 1003-08.24-ADMIN | 8/1/2024 | 08-2024 | 95.00 | 10354 | 9/26/2024 | 08/24 Bank Fees |
| Highpoint Property Management, Inc | 1003-09.24-ADMIN | 9/1/2024 | 09-2024 | 95.00 | 10354 | 9/26/2024 | 09/24 Bank Fees |
| Highpoint Property Management, Inc | 1003-10.24-PM | 10/1/2024 | 10-2024 | 2,776.19 | 10355 | 10/3/2024 | Property Management Fees |
| Highpoint Property Management, Inc | 1003-10.24-PM | 10/1/2024 | 10-2024 | 3,298.03 | 10355 | 10/3/2024 | Asset Management Fees |
| Highpoint Property Management, Inc | 1003-10.24-ADMIN | 10/1/2024 | 10-2024 | 305.00 | 10355 | 10/3/2024 | 10/24 Admin Fee |
| Highpoint Property Management, Inc | 1003-10.24-ADMIN | 10/1/2024 | 10-2024 | 95.00 | 10355 | 10/3/2024 | 10/24 Bank Fees |
| Highpoint Property Management, Inc | 1003-11-24 true-up | 11/1/2024 | 11-2024 | 7,767.54 | 10358 | 11/8/2024 | Jan to Nov 2024 PM True-up |
| Highpoint Property Management, Inc | 1003-11-24 true-up | 11/1/2024 | 11-2024 | 9,756.50 | 10358 | 11/8/2024 | Jan to Nov 2024 AM True-up |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Highpoint Property Management, Inc | 1003-11.24-PM | 11/1/2024 | 11-2024 | 2,776.19 | 10359 | 11/8/2024 | Property Management Fees |
| Highpoint Property Management, Inc | 1003-11.24-AM | 11/1/2024 | 11-2024 | 3,298.03 | 10359 | 11/8/2024 | Asset Management Fees |
| Highpoint Property Management, Inc | 1003-11.24-ADMIN | 11/1/2024 | 11-2024 | 305.00 | 10359 | 11/8/2024 | 11/24 Admin Fee |
| Highpoint Property Management, Inc | 1003-11.24-Bank Fees | 11/1/2024 | 11-2024 | 95.00 | 10359 | 11/8/2024 | 11/24 Bank Fees |
| Highpoint Property Management, Inc | 1003-12.24-PM | 12/1/2024 | 12-2024 | 2,776.19 | 10372 | 12/9/2024 | Property Management Fees |
| Highpoint Property Management, Inc | 1003-12.24-AM | 12/1/2024 | 12-2024 | 3,298.03 | 10372 | 12/9/2024 | Asset Management Fees |
| Highpoint Property Management, Inc | 1003-12.24-ADMIN | 12/1/2024 | 12-2024 | 305.00 | 10372 | 12/9/2024 | 12/24 Admin Fee |
| Highpoint Property Management, Inc | 1003-12.24-Bank Fees | 12/1/2024 | 12-2024 | 95.00 | 10372 | 12/9/2024 | 12/24 Bank Fees |
| Highpoint Property Management, Inc | 1003-01.25-PM | 1/1/2025 | 01-2025 | 2,849.13 | 10373 | 1/7/2025 | Property Management Fees |
| Highpoint Property Management, Inc | 1003-01.25-AM | 1/1/2025 | 01-2025 | 3,381.67 | 10373 | 1/7/2025 | Asset Management Fees |
| Highpoint Property Management, Inc | 1003-01.25_ADMIN | 1/1/2025 | 01-2025 | 440.00 | 10376 | 1/10/2025 | 01/25 Admin Fee |
| Highpoint Property Management, Inc | Billback-100306182025 | 1/1/2025 | 01-2025 | 7,463.29 | 20250620 | 6/20/2025 | Owed for Insuance 2014 - 2024 |
| Highpoint Property Management, Inc | Billback-100306182025 | 1/1/2025 | 01-2025 | 4,129.71 | 20250620 | 6/20/2025 | Reimb Fee Owed for 2022 |
| Highpoint Property Management, Inc | OSF - Unpaid Overdue | 6/20/2025 | 06-2025 | 7,421.18 | 20250620 | 6/20/2025 | OSF - Unpaid Overdue |
| Highpoint Vineburn, LLC. | Reimburse To GP | 1/1/2025 | 01-2025 | 4,074.75 | 20250620 | 6/20/2025 | GP FTB Fees Reimbursement |
| Highpoint Vineburn, LLC. | Reimburse To GP | 1/1/2025 | 01-2025 | 545.00 | 20250620 | 6/20/2025 | Reimburse Accounting Fees |
| Highpoint Vineburn, LLC. | Reimburse To GP | 1/1/2025 | 01-2025 | 328.33 | 20250620 | 6/20/2025 | Reimburse Bank Charges |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ Central _____ District Of _____ California _____

**In re**

HPC Vineburn, LLC                                    Case No.  1:25-bk-11455-MB

**Debtor**                                                Chapter  11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................................. $_____150,000.00

   Prior to the filing of this statement I have received ...............................$_____150,000.00

   Balance Due...................................................................................... $_____0.00

2.  The source of the compensation paid to me was:

   ☐ Debtor              ☒ Other (specify)  Illinois Union Insurance Company (Chubb)

3.  The source of compensation to be paid to me is:

   ☒ Debtor              ☒ Other (specify)  Chubb and/or Jeffrey Seltzer

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

The $150,000 payment referenced above is a retainer.  It is not a flat fee.  The firm has agreed to accept payment of its allowed administrative claim pursuant to the terms of its engagement agreement.

The firm anticipates conducting monthly retainer draws and periodic fee applications in accordancewith the applicable Bankruptcy Code provisions and US Trustee Guidelines.

The total amount of the firm's allowed administrative claim is presently unknown but will be paid by the Debtor and/or Jeff Seltzer to the extent it exceeds the total amount of the retainer.

The full scope of the firm's engagement agreement with the Debtor will be described in the firm's employment application.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/18/2025                /s/ Michael B. Reynolds
*Date*                           *Signature of Attorney*

                          Snell & Wilmer L.L.P.
                              *Name of law firm*