| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>BRIAN L. DAVIDOFF (SBN 102654)<br>BDavidoff@ggfirm.com<br>UZZI O. RAANAN (SBN 162747)<br>URaanan@ggfirm.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@ggfirm.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, California  90067<br>Telephone: 310-553-3610<br>Facsimile: 310-553-0687<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Judgment Creditors: Joseph F. Farivar Investment Group, Inc. and Bordan Shoe Company, Inc. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 26 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Cetulio    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -***SAN FERNANDO VALLEY*** DIVISION**

| In re:<br><br>HPC VINEBURN, LLC,<br><br><br><br><br><br><br><br>Debtor and Debtor-in-Possession. | CASE NO.:  1:25-bk-11455-MB<br>CHAPTER:  11 |
|---|---|
| | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Judgment Creditors Joseph F. Farivar Investment Group, Inc. and Bordan Shoe Company, Inc.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Judgment Creditors' Motion to Extend the Deadline to Make an Election Under 11 U.S.C. 1111(b)

    b. *Date of filing of motion:* 01/23/2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 01/23/2026

3. Based upon the court's review of the application<u>, and Debtor's notice of non-opposition [dkt. 128]</u>, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                          Page 1                                             **F 9075-1.1.ORDER.SHORT.NOTICE**

47406-00002/5965834.1

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: February 6, 2026**<br>**Time: 10:00 a.m.**<br>**Courtroom: 303** | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_<br>Date: January 27 ~~26~~, 2026<br>Time: 4:00 p.m. | (B) _Persons/entities to be provided with telephonic notice:_<br>Counsel for the Debtor<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |
|---|---|

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| (B) _Deadlines:_<br>Date: January 27 ~~26~~, 2026<br>Time: 4:00 p.m. | (C) _Persons/entities to be served with written notice and a copy of this order:_<br>Counsel for the Debtor<br><br>☐ See attached page<br>(D) S_ervice is also required upon_:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>   (*see Court Manual for address*) |
|---|---|

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                       Page 2                           **F 9075-1.1.ORDER.SHORT.NOTICE**

47406-00002/5965834.1

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) *Deadlines:*
Date: January <u>27</u> <s>26</s>, 2026

Time: 4:00 p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*
Counsel for the Debtor

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) *Deadlines:*
Date: <u>February 3</u> <s>January 30</s>, 2026

Time: 4:00 p.m.

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**

47406-00002/5965834.1

|     |     |
| --- | --- |
| (B) <u>Deadlines:</u><br>Date: ~~February 4, 2026~~<br><br>Time: ~~4:00 p.m.~~ | (C) <u>Persons/entities to be served with written reply to opposition:</u><br>-- All persons/entities who filed a written opposition<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>　(*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:　Date:　　　　　Time:

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: January 26, 2026

*/s/ Martin R. Barash*
_____
Martin R Barash
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　　　　　　Page 4　　　　　　　　　　　　**F 9075-1.1.ORDER.SHORT.NOTICE**

47406-00002/5965834.1